IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| NEXT INSURANCE US COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:24-CV-00349-MJT-ZJH |
| | § | JUDGE MICHAEL J. TRUNCALE |
| APEX COMFORT AIR LLC, JOHN CASTILAW JR., MESHA MCMAHON, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER ACKNOWLEDGING DISMISSAL

Pending before the court is the parties' *Joint Stipulation of Dismissal*. [Dkt. 17]. Under Rule 41, a plaintiff may dismiss an action without a court order by filing a notice of dismissal signed by all parties who have appeared. FED. R. CIV. PRO. 41(a)(1)(ii). Plaintiff Next Insurance US Company has agreed to dismiss this case without prejudice, and all the defendants have signed its stipulation. *Id.*

It is, therefore, ORDERED that the parties' *Joint Stipulation of Dismissal* [Dkt. 17] is ACCEPTED. Accordingly, the above case is DISMISSED WITHOUT PREJUDICE with each party to bear its own costs of court. *See id.* at 41(1)(B) (stating that the dismissal under Rule 41(a)(1)(ii) is without prejudice unless the notice states otherwise). The court retains jurisdiction to enforce any settlement. The Clerk of Court is directed to close the case and deny all pending motions as moot.

**SIGNED this 1st day of April, 2025.**

Michael J. Truncale
United States District Judge